# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5013
_____

CHRISTOPHER A. VAUGHAN,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

May 3, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher A. Vaughan, pro se, Appellant.

Ashley Moody, Attorney General, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.